BARRIENTAS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 24, 1922.) No. 3881. In Error to the District Court of the United States for the Western District of Texas; William R. Smith, Judge. Criminal prosecution by the United States against Leopoldo Barrientas.

Judgment of conviction, and defendant brings error. Affirmed. W. H. Fryer, of El Paso, Tex. (Jackson & Fryer, of El Paso, Tex., on the brief), for plaintiff in error. H. R. Gamble, Sp. Asst. Atty. Gen. (John D. Hartman, U. S. Atty., of San Antonio, Tex., N. J. Morrisson, Asst. U. S. Atty., of El Paso, Tex., and H. R. Gamble, Sp. Asst. Atty. Gen., on the brief), for the United States. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.